**2009–1423. State v. Richey.**
Franklin App. No. 08AP–923, 2009-Ohio-2988. Discretionary appeal accepted on Proposition of Law

No. IV.

Pfeifer, J., would also accept the appeal on Proposition of Law Nos. I, II, and III.

O'Connor, O'Donnell, and Cupp, JJ., dissent.